# United States District Court

Case: 1:17-cv-00967
Assigned To : Unassigned
Assign. Date : 5/17/2017
Description: Pro Se Gen. Civ.

**JURY DEMAND**

**(F-DECK)**

## Plaintiff / Petitioner

Ronald A. Bagley Jr

3713 Grant Pl NE Washington DC 20019

415 Abie Ave  Capital Hgts MD 20743

202-520-9375  Cell Number

240-788-7781  Home Number

@ RonBagley79 @ Gmail. com

R23 twitter. com

Ronald A. Bagley Sr.  Facebook


① Defendants  VS.

Goverment of the District of Columbia

Department of Employment Services

Validation Unit  @ case nature code 550
CODE 442

4058 Minnesota Ave, NE

Washington , DC 20019

* case nature code 368

② Pelemdom Constrution / Neco Management, LLC

Asbestos Product Liability

Navy Yard 1014 N St. SE Bldg 185

Supervisor site corcintor
Pete C - # 301-744-2177

RECEIVED

MAY 1 7 2017

Clerk, U.S. District and
Bankruptcy Courts

410 RACKETEER INFLUENCED & CORRUPT ORGANIZATION

⑧ COMMISSIONER ID 5179

District Court of MARYLAND—

Dc ~~Police~~ Police OFFICER
        Lee - Thomas Sixth District
                        Station

Die Police OFFICER
        - Spicer -

D.C Police Bethel —

OPC WAS NOTIFED

Anthony Lawson didnot Follow
        threu sent letter saying
        ~~thru~~ Denial of SERVICES

D.C Police OFFICER Badge Number
                2838

OFFICER Rodgenize — 4 other
        police —

D.C Police OFFICER Kelly
                Female Police OFFICER


- D.C UnEmployment OFFice
Security OFFICER Female- ALLIED BARTON

# Complaint

* Ronald A. Bagley Jr. Last of Social is 1895

* I Plaintiff Ronald A. Bagley Jr Eastern Standard Time 1:30pm
  United States of America,
  Location Washington D, C 20019

* Ask for Jury Demand ~~Trial~~ Trial

* Requesting amount American / US Dollars
  $ 1 Billion American / US Dollars
  United States Treasury

## Merit of Case

L Federal Goverment took out Large Taxes

L Social Security Amidrastion took out Large Taxes

L Medicare took out Large Taxes

L Maryland Unemployment Took out Large taxes

IRS Stole ~~Anime~~ Money

* FBI was contacted numbers of time callte 9104 was alterted in Reference to Police Brulitily - DC police officer Maryland Police ~~officer~~ Refused to Take Inendity Theft Repoet



Government of the District of Columbia
Department of Employment Services
Validation Unit
4058 Minnesota Ave., NE
Washington, DC 20019

## REQUEST FOR MONETARY RE-DETERMINATION

Social Security Number: 378-04-855

Claimant's Name:   (Last) BARLEY   (First) ROWALD   (Middle Initial) N

Claimant's Telephone Number: 202-378-9929.

Base Period:

Filing Date:

### SECTION A.

[   ] There are missing wages/no wages, although work history shows base period employment.

[   ] Duplicate wages are shown in the same quarter.

[   ] Other (Specify): _____

### SECTION B.   Employer Details

Employer's Name/DBA: Neco Construction other Perean R Construction

Telephone Number: 571-218-2193

Account Number:

Employer's Business Address (if different from work site): 7520 Fullerton RD.
(Address)

SpringField   VA
(City)      (State)      (Zip Code)

I worked for the above Employer from: March 2011   to   April 2013   as   Demo worker
(Date)      (Date)      (Job Title)

The job site address where I actually worked was: Navy Vard 1014 N St. SE Bldg 185
(Address)

Washington   D.C   20002
(City)      (State)      (Zip Code)

Supervisor's Name:

Supervisor's Phone Number:

| ____ Quarter ____ | ____ Quarter ____ | ____ Quarter ____ | ____ Quarter ____ |
|---|---|---|---|
| (Claimant's Signature) | 2014 - (Date) | D CROOK (Signature of DOES Representative) | 6/24/14 (Date) |

Form 193
Revised 02/14

# WAGES AND SALARY VERIFICATION

NAME OF EMPLOYEE: RONALD BAGLEY

DATES OF EMPLOYMENT: FROM: FEB 17, 2011 TO:

JOB TITLE OR DESCRIPTION: GOVERMENT AZSTES DEMO WORK

DATES OF INJURY:

WAGE OR SALARY AS OF DATE OF INJURY: $ 15.84   [✓] PER HOUR
                                                [ ] PER WEEK
                                                [ ] PER MONTH

HOURS IN NORMAL WORK WEEK: 50

DATES OF ABSENT FOLLOWING OR DUE TO INJURY FROM: ___ TO: ___
                                          FROM: ___   TO: ___
                                          FROM: ___   TO: ___

TOTAL WAGES LOST $ 4,476

BY: _____
   SIGNATURE OF AUTHORIZED
   REPRESENTATIVE

Eduardo Palacios  Sr. SUPINT.
NAME OF AUTHORIZED
REPRESENTATIVE

NECO CONSTRUCTION & MANAGE
COMPANY/EMPLOYER'S NAME            LLC

ADDRESS: 13-20 R Fullerton RD

Springfield   VA   22153

TELEPHONE: 571 718-9353

202 717 2240



om.       ction &      Management Services, LLC                    8110

Ba                                        08/03/2012        150.00

ng-Capital O                                    150.00

## WAGES AND SALARY VERIFICATION

NAME OF EMPLOYEE: RONALD BAGLEY

DATES OF EMPLOYMENT: FROM: FEB 17, 2011 TO:

JOB TITLE OR DESCRIPTION: GOVERMENT ABSTES DEMO WORKE

DATES OF INJURY:

WAGE OR SALARY AS OF DATE OF INJURY: $ 15.84

[ ] PER HOUR
[ ] PER WEEK
[ ] PER MONTH

HOURS IN NORMAL WORK WEEK: .......... 50 ..........

DATES OF ABSENT FOLLOWING OR DUE TO INJURY: FROM: ___ TO: ___

FROM: ___ TO: ___

FROM: ___ TO: ___

TOTAL WAGES LOST $ 4,476

BY: _____
SIGNATURE OF AUTHORIZED
REPRESENTATIVE

Eduardo Palacios  Sr. SOP.INT.
NAME OF AUTHORIZED
REPRESENTATIVE

NECO CONSTRUCTION & MANAGEM
CLC
COMPANY/EMPLOYER'S NAME

ADDRESS: 13.20 R Fullerton RD

S.o.o.o.T.id   VA   22153

TELEPHONE: 571 218-9353

205  202  717  2240

OSHA

ASSAULTED

MPDC 1st DISTRICT

W STREET SW

SOUTH CAPITOL ST & W ST SW

District

L



DOES-REDET
REV. 05/12

**REDETERMINATION GUIDE SHEET**  P.A.Kinole  #1908561

CLAIMANT: Ronald A. Bagley  SSN: 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

EMPLOYER: Necos Construction and Management

ACCOUNT # 085 881   **POTENTIALLY LIABLE:** ☐ YES (Complete FR-500)  ☐ NO

**TYPE OF BUSINESS:** ☑ Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Non-Profit  ☐ Religious Org.

If you were unable to contact the employer to verify the claimant's information, list your efforts to find/contact the employer.

FIRST CONTACT DATE: 7/15/14   ☐ IN PERSON ☑ TELEPHONE ☐ MAIL ☐ FAX ☐ E-MAIL
SECOND CONTACT DATE: _____   ☐ IN PERSON ☐ TELEPHONE ☐ MAIL ☐ FAX ☐ E-MAIL
THIRD CONTACT DATE: _____   ☐ IN PERSON ☐ TELEPHONE ☐ MAIL ☐ FAX ☐ E-MAIL

## SECTION I – WORK HISTORY   571-218-2093 9183  571-28?9183

If the claimant worked for a city, county, municipality, governing  board, legislative body, or a member of the judiciary,  Mr Orlando
determine if the claimant was elected or appointed to work in that capacity. The services rendered by elected or appointed
officials are generally not considered to be covered employment as defined by §51-101(2)(E)(xb) in the DC Code of Laws.

1. Did the employer consider this person to be an employee of their company? ☑ YES ☐ NO  703-455-609?

2. Did the claimant work **or** perform services for the employer during the dates in question? ☑ YES ☐ NO
   If NO, what dates of work or services rendered by the   From: Nov 2011  To: Apr 2013
   claimant are reported by the employer?

3. What was the nature of the work or services performed? Demolition Worker

4. How many hours per week did the claimant work or perform services for the employer? Varied

5. What was the method of payment? ☐ Cash  ☑ Check  ☐ Direct Deposit  ☐ Other _____

6. How was the claimant paid?
   ☐ piece-rate  $ _____ per unit   ☐ hourly  $ 15.34 per hour
   ☐ salaried  $ _____ per _____   ☐ commission only
   ☐ base salary plus commission— base salary $ _____ commission? _____

7. If the claimant was a commission only employee, did he or she ever receive a base salary? ☐ YES ☑ NO
   If YES, explain when the claimant's pay structure changed from being paid a base a base salary plus commission to being
   paid on a commission only basis.

8. Did the claimant receive remuneration in any medium other than cash? (i.e. tips, meals, lodging, discounts, etc.)
   ☐ YES ☐ NO  If YES, explain the nature of the remuneration.

9. Where was the work performed (job site, physical location)? (include street, city, state, and zip)

9(a) Did the employer report the wages to the state where the work was performed? ☐ YES ☐ NO
9(b) If NO, to what state(s) did the employer report the wages?
9(c) Explain why the employer did not report the wages to the state where the work was performed.

**DISTRICT OF COLUMBIA**
**OFFICE OF ADMINISTRATIVE HEARINGS**
One Judiciary Square
441 Fourth Street, NW, 450 North
Washington, DC 20001-2714
TEL: (202) 442-9094    FAX: (202) 442-9451

## REQUEST FOR A NEW HEARING
### ("I missed my hearing")

If you missed your hearing, you may use this form to request a new hearing.

My Name: RONALD BAGLEY      My Case No.: 2016 — DOES.— 01416

My Address: 3713 GRANT DC      My Telephone No.: _____

City/State/Zip Code: WASHINGTON DC      My Fax No.: _____

I missed the hearing in my case because:

Indicent on the train — delay.

If you are granted a new hearing, what information would you tell or show the Administrative Law Judge about the facts of your case?

DISTRICT OF COLUMBIA
OFFICE OF
ADMINISTRATIVE HEARINGS
2016 AUG 29 AM 10: 48

The OAH Resource Center, which has a variety of tools to assist you, is open during regular OAH business hours.  The OAH website is available at www.oah.dc.gov.  It includes the text of the rules, forms, and other helpful information.

  

## DISTRICT OF COLUMBIA
### OFFICE OF ADMINISTRATIVE HEARINGS
One Judiciary Square
441 Fourth Street, NW
Washington, DC  20001-2714
(202) 442-9094 Phone    (202) 442-4789 Fax

Case Number(s):     20016 - DOES - 01416.

---

# CERTIFICATE OF SERVICE

You must send copies of any papers you file at OAH to the other party.  By signing this form, you are stating that you sent copies.

My Name:  Ronald Babboy

My Address:  3713 Grant Pl.
            Washington  DC.        20007.
            City              State              Zip Code

My Telephone Number(s):  240-788-7787

My Fax #:

I have sent a copy of this document to the other party   DOES.   (their name), on

8-25-16   (date):

    ☐   By **Fax** to this number:

    ☐   By **Mail** to the address below, OR

    ☑   By **Hand-delivery** to the address below

4058 Minnesota Ave.
(Address of other party)
Washington DC.  20019.
City          State          Zip Code

My Signature              8-25-16
**My Signature**          **Date**

Form OAH-414, Rev. 2-11                                         www.oah.dc.gov

2016 AUG 29  AM 10: 49
DISTRICT OF COLUMBIA
OFFICE OF
ADMINISTRATIVE HEARINGS

**DISTRICT OF COLUMBIA**
**OFFICE OF ADMINISTRATIVE HEARINGS**
One Judiciary Square
441 Fourth Street, NW
Washington, DC 20001-2714
TEL: (202) 442-9094  ·  FAX: (202) 442-4789

RONALD BAGLEY
      Appellant/Claimant

    v.

DEPARTMENT OF EMPLOYMENT
SERVICES
      Appellee/Agency

Case No.: 2016-DOES-01416

**FINAL ORDER**

## I.   INTRODUCTION

**A. Parties:** Ronald Bagley (Claimant) and Department of Employment Services
(Agency). Neither party appeared at the hearing.[1]

**B. Issue:** Whether Claimant filed an appeal of a Claims Examiner's Determination
issued by the District of Columbia Department of Employment Services ("DOES")

---

[1] The hearing was adjourned at 9:22 a.m. on August 29, 2016. Claimant arrived for the hearing at 10:30 a.m. Claimant filed a written submission regarding his reason for not appearing for the hearing as scheduled. Claimant's submission in its entirety states as follows: "Incident on the train-delay." This administrative court will construe Claimant's submission as a motion for a continuance, which is hereby denied for lack of good cause. *See Prime v. D. C. Dep't of Public Works*, 955 A.2d 178, 180 (D.C. 2008) (It is not error for OAH to deny a new hearing to a petitioner who was absent because of petitioner's own mistake. Absence from hearing due to "[p]etitioner's mistaken belief that he could make it to the [OAH] hearing" on time from an earlier engagement does not require a new hearing). This administrative court has the authority and duty to manage its calendar in a manner that promotes fairness, justice and judicial economy. Administrative tribunals "must be, and are, given discretion in the procedural decisions made in carrying out their statutory mandate." *Ammerman v. D.C. Rental Accommodations Comm*, 375 A. 2d 1060, 1063 (D.C. 1977). In this case Claimant did not contact the court to advise that he was running late, and gave no explanation for his failure to contact the court. Moreover, Claimant's explanation for arriving for the hearing 75 minutes late is woefully short of demonstrating "good cause." This administrative court schedules hearings for as many as 20 unemployment benefits appeals a day. It is a reasonable exercise of discretion to refuse to allow Claimant to reopen the hearing based on the lack of good cause for her late arrival. *Ammerman*, 375 A.2d at 1063.

within the applicable deadline, and, if so, whether the Determination should be affirmed, reversed, or modified.

**C.  Date and Time of Hearing:**  August 29, 2016, at 9:15 a.m.

**D.  Witnesses:**  None.

**E.  Admitted Exhibits:**  None

**F.  Result:**  Claimant did not file the appeal timely.  The appeal is dismissed.

## II.    FINDINGS OF FACT

On February 18, 2016, DOES mailed the Determination to Claimant at the address shown in the case file.  Exhibit 300.  A notice of appeal rights included with the Determination advised Claimant that the deadline for filing an appeal was 15 calendar days from the Determination's date of mailing by DOES.  *Id.*

Claimant filed a notice of appeal on August 10, 2016.  Exhibit 301.

## III.    DISCUSSION AND CONCLUSIONS OF LAW

The deadline for filing an appeal of a Claims Examiner's determination is 15 calendar days after the mailing of the determination to the party's last-known address or, if the determination is not mailed to the correct address, 15 calendar days after actual delivery of the determination.  D.C. Official Code § 51-111(b).  The time for filing may be extended for "good cause" or "excusable neglect" but for no other reason.  *Id.*

Claimant did not appear at the hearing and has presented no evidence to rebut the presumption that DOES mailed the Determination to the correct address on the mailing date stated by the Claims Examiner, or to show that any delay in filing the notice of appeal arose from good cause or excusable neglect.  *See* D.C. Official Code § 2-509(e) ("Findings of fact and conclusions of law shall be supported by and in accordance with . . . reliable, probative, and substantial evidence").  In the absence of such evidence, I conclude that the appeal was due March 4, 2016, and filed late, on August 10, 2016.

The issue of subject matter jurisdiction is a serious one, reflecting the legislature's view of the limits of this administrative court's authority to hear and decide cases.  Jurisdictional

requirements based on timeliness vindicate important legislative policies in preventing staleness and promoting repose where a matter has already been heard and decided by a lower tribunal. Courts also enforce these limits because "'haphazard waiver of time limits would increase the probability of inconsistent results where one claimant is held to the limitation, and another is not.'" *Gayle v. United Parcel Service*, 401 F.3d 222, 226 (4th Cir. 2005), *quoting Terry v. Bayer Corp.*, 145 F.3d 28, 40 (1st Cir. 1998).

Because this administrative court must have jurisdiction in order to act, and it does not, the appeal must be dismissed. *See Slater v. Biehl,* 793 A.2d 1268, 1271 (D.C. 2002). The Determination remains unchanged.

## IV.   ORDER

Based upon the foregoing findings of fact and conclusions of law and the entire record in this matter, it is:

**ORDERED**, that Claimant's motion for a continuance is **DENIED**; and it is further

**ORDERED**, that Claimant's appeal is **DISMISSED** for lack of jurisdiction; and it is further

**ORDERED**, that the appeal rights of any person aggrieved by this Order are stated on the following page.[2]

**DATED:** August 30, 2016

William L. England Jr.
Administrative Law Judge

---

[2] In addition to the right to appeal to the District of Columbia Court of Appeals, any party served with a final order may file a motion for reconsideration within 10 days of service of the final order. 1 DCMR 2828. When the final order is served by mail, a period of five days is added to the 10-day period. 1 DCMR 2812.5.

## PETITION FOR REVIEW
## (APPEAL RIGHTS)

**THIS ORDER IS A FINAL ORDER. IF YOU WISH TO APPEAL THIS ORDER, YOU HAVE 30 CALENDAR DAYS FROM THE DATE IT IS MAILED TO YOU TO FILE A PETITION FOR REVIEW WITH THE D.C. COURT OF APPEALS.**

Pursuant to D.C. Official Code § 2-1831.16(c)-(e), any party suffering a legal wrong or adversely affected or aggrieved by this Order may obtain judicial review by filing an original and six copies of a petition for review with the District of Columbia Court of Appeals at the following address:

Clerk
District of Columbia Court of Appeals
430 E Street, NW, Room 115
Washington, DC 20001

The petition for review (and required copies) may be mailed or delivered in person to the Clerk of the Court of Appeals, and must be received by the Clerk of the Court of Appeals within 30 calendar days of the mailing date of this Order, pursuant to D.C. App. R. 15(a)(2). There is a fee of $100 for filing a petition for review. Persons who are unable to pay the filing fee may file a Motion and Affidavit to proceed without the payment of the filing fee. Such motion and affidavit should be filed with the petition for review. Information on petitions for review to the Court of Appeals can be found in Title III of the Rules of the District of Columbia Court of Appeals, which are available in the Office of the Clerk of the Court of Appeals or online at www.dcappeals.gov.

If you are a member of the United States Armed Forces on active duty, you may have certain rights under the Servicemembers Civil Relief Act, 50 U.S.C.S. Appx. § 501 *et seq*. If you qualify for these rights and you have **LOST** this case because you were not present, you **MAY** be able to have this case reopened. If you think you may qualify under this law, you must notify this court promptly to ensure that your rights are protected.

**Certificate of Service:**

**By First Class Mail (Postage Paid):**

RONALD BAGLEY
3713 Grant Place, NE
Washington, DC  20019

**By Inter-Agency Mail:**

Dorothy Jones
Department of Employment Services
Office of Unemployment Compensation
4058 Minnesota Avenue, NE
Suite 4000
Washington, DC 20019

DEPARTMENT OF EMPLOYMENT
SERVICES
Attn: Dorothy Jones
4058 Minnesota Ave , NE
Washington, DC 20019

I hereby certify that on August 30, 2016,
this document was caused to be served upon
the above-named parties at the addresses and
by the means stated.

_____
Clerk/Deputy Clerk

IN REFERENCE to IRS SCAM SENDING

Documents ORDERING ME to PAY

$15000 AMERICAN US DOLLARS FOR

(+) NUMBER ONE SCHOOL IN VA

AVIATION INSTITUE OF MAINTANCE

ADDRESS 1066 GODWIN DRIVE, MANNASS, VA

- I WAS doing good IN SCHOOL GPA

WAS 3.0 GPA

Legal Documents And TRANSCRIPTS

**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

| LOCATED AT (COURT ADDRESS) | | RELATED CASES: |
|---|---|---|
| | DISTRICT COURT CASE NUMBER | |

| COMPLAINANT | DEFENDANT |
|---|---|
| Printed Name RONALD A BAGLEY JR | Printed Name IRS Office Security Johnson |
| Address 3713 GRANT PL NE | Address 8401 Corporate Drive |
| City, State, Zip WASHINGTON DC 20009    Telephone 702-570-9305 | City, State, Zip Hyattsville MD 20785  Telephone 202-421-9361 |
| | CC# PP170516000001615 |
| Agency, sub-agency, and I.D. #          (Officer Only) | |

DEFENDANT'S DESCRIPTION: Driver's License# _____ Sex M Race Blk Ht ____ Wt ____

Hair Black Eyes Brown Complexion ____ Other ____ D.O.B ____ ID ____

## APPLICATION FOR STATEMENT OF CHARGES    Page 1 of ____

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the

above named Defendant because on or about May 16 2017 at 8401 Corporate Drive

Hyattsville MD 20785 , the above named Defendant

-1 Placed A Identity Theft Affidavit I Reported

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

this First Computer Scam Started At Ace

Check CASHING In Seat MD wit "7000

dollars IRS Sent Letter about School Payments over

(Continued on attached ___3___ pages) (DC-CR-001A) "5000 Dollars"

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information, and belief.

_____          _____
Date                                          Officer's Signature

                                              _____
                                              Printed Name

I have read or had read to me and I understand the Notice on the back of this form.

May 16, 2017                                  _____
_____                     Applicant's Signature
Date                                          Ronald Bagley
                                              Printed Name

Subscribed and sworn to before me this ___16___ day of ___May___ ___2017___
                                                                    Month        Year

Time: 7:00 ☐AM ☑PM    Judge/Commissioner _____ I.D. ___

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
                                                                                            Date

at _____, ☐ when notified by the Clerk, at the court location shown at the top of this form.
   Time

                                              _____
                                              Applicant's Signature

☐ I have advised applicant of shielding right.  ☐ Applicant declines shielding.

☑ I declined to issue a charging document because of lack of probable cause.

5/16/2017                                     _____  5179
_____                     Commissioner                I.D.
Date

                                              _____
                                              Printed Name

                    | TRACKING NUMBER |

**DC-CR-001** (Rev. 05/2015)  Print Date (05/2016)



# DISTRICT COURT OF MARYLAND FOR _____

LOCATED AT (COURT ADDRESS)

(City/County)

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

BAGLEY, RONALD, A

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page _1_ of _1_

- Officer Proctor at Social Security was alerted
about credit card money been stolen
from account in Maryland

✗ Officer Lee Thomas (D.C sub district
✗ Officer Gregory Shiffer (8657) 9498 (sub district)
✗ Officer Diosvani Rodreguez
    - Slam to the ground For First "ID that
    Got stolen"

✗ Police officer in VA lock a Young Female Receptionist
    I Due have CCN# in Reference to this
    computer scam.

    Natasha Smith - Government of the District
    of Columbia office of Police Complaints
    denied services while officer Zachary Blier
    Badge # 4810    to Report again on suspicious

__May 16, 2017__
Date

Ronald Bagly
Applicant's Signature

Ronald Bagly
Printed Name

TRACKING NUMBER

APPLICANT



**DISTRICT COURT OF MARYLAND FOR** _____

(City/County)

| LOCATED AT (COURT ADDRESS) | DISTRICT COURT CASE NUMBER |
|---|---|

DEFENDANT'S NAME (LAST, FIRST, M.I.)

BAGLEY, RONALD A

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)  Page 2 of 2

Officer Bethel in DC Police Dept - DC officer 2828
and officer Rodrigez - I Recorded on my phone
the Aggrevated threats and Harrasment Scam
By IRS Security officer Johnson along
wit Another young women with
Personal information my "Identity theft
Affidavit, Mr Johnson Became
somewhat "suspicious" when I approach
to ask for a Identity theft Affdavt
he Kept holding his hand on his
gun as I went to Reach for the
Identity theft Affidavit he became
Aggressive saying horse words
- this put me in Fear I
then called 911 inReference to
multiply threats made by
others behind #. of Large
Amount of money Been stolen
By IRS

May 16, 2017

_____
Date

Ronald Bagly

Applicant's Signature

Ronald Bagley

Printed Name

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)  Print Date (05/2016)

APPLICANT

# CIVIL COVER SHEET

JS-44 (Rev. 7/16 DC)

**I. (a) PLAINTIFFS** *UNITED States of America*
*RONALD A. BAGLEY JR     2009*
*3713 GRANT PL NE WASHINGTON DC*
*415 ABBIE AVE CAPITAL HGTS MD 20023*
*WASHINGTON DC UNITED STATES*
(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** *PeremDoj Neco Construction Co*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Atty Matthew Farr*
*Baltimore MD.*
*410-273-9348.*

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ⊙ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A–N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- ▨ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ▨ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ▨ 360 Other Personal Injury
- ▨ 362 Medical Malpractice
- ☐ 365 Product Liability
- ▨ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ▨ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ▨ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)     OR     ○ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ▨ 370 Other Fraud
- ☐ 371 Truth in Lending
- ▨ 380 Other Personal Property Damage
- ▨ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ▨ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ▨ 870 Taxes (US plaintiff or defendant)
- ▨ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ▨ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ▨ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

- ▨ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☒ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☒ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☒ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ 441 Voting (if not Voting Rights Act)<br>☒ 443 Housing/Accommodations<br>☒ 440 Other Civil Rights<br>☒ 445 Americans w/Disabilities – Employment<br>☒ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☒ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☒ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

ABESTOS / Methhommaille Lung Cancer

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ 1 Billion American Dollar<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☑   NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☐ | If yes, please complete related case form |
|---|---|---|---|

DATE: May 16, 2012   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## CIVIL COVER SHEET

JS-44 (Rev. 7/16 DC)

**I. (a) PLAINTIFFS**

RONALD A. BAGLEY JR
3713 GRANT PL NE WASHINGTON
WASHINGTON DC              20019

**DEFENDANTS**

Government of the District
of Columbia - John A. Wilson Building
1350 Pennsylvania Ave. NW suite 332
WASH DC 20004

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)** WASH DC 20004
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- (●) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR
PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | (●) 1 | ( ) 1 | Incorporated or Principal Place of Business in This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated and Principal Place of Business in Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

( ) **A.  Antitrust**

- [ ] 410 Antitrust

( ) **B.  Personal Injury/ Malpractice**

- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

( ) **C.  Administrative Agency Review**

- [X] 151 Medicare Act

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [X] 890 Other Statutory Actions (If Administrative Agency is Involved)

( ) **D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

( ) **E.  General Civil (Other)**              **OR**              (●) **F.  Pro Se General Civil**

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [X] 370 Other Fraud
- [ ] 371 Truth in Lending
- [X] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [X] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [X] 870 Taxes (US plaintiff or defendant)
- [X] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**Other Statutes**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [X] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

- [X] 470 Racketeer Influenced & Corrupt Organization
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☒ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☒ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Police  Brutality  Missconduct  False  Arrest

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** $1604 million | Check YES only if demanded in complaint<br>JURY DEMAND: YES ☒  NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☒  NO ☐ | If yes, please complete related case form |
|---|---|---|---|

DATE: May 17, 2017    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.