UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Ronald A. Bagley, Jr.,              )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Civil Action No. 17-cv-967 (UNA)
                                    )
District of Columbia                )
Department of Employment Services *et al.*, )
                                    )
    Defendants.                     )
_____ )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED, and this case is DISMISSED without prejudice.

This is a final appealable Order.

/s/ _____
United States District Judge

Date: June _1_, 2017